UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                      NO. 4:14CR00018-02-JLH

JOSETTE EAKIN                                               DEFENDANT

## ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE

An Order Setting Conditions of Release (docket entry #12) was filed on February 18, 2014. The conditions of Defendant's release were orally stated on the record at the hearing on that date, including the condition to surrender her passport to her probation officer. The written Order setting conditions is modified to include that Ms. Eakin must not obtain a new passport or other international travel document while on pretrial release. All other conditions of release remain in full force and effect.

IT IS SO ORDERED this 28th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE